UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CARLOS MENDEZ,
EVELYN MATA DE TEMPERINO,
*on behalf of themselves, FLSA Collective Plaintiffs, and the Class,*

               Plaintiffs,

v.

CRYSTAL BALL GROUP INC.,
d/b/a TERRACE ON THE PARK,
GEORGE MAKKOS, THOMAS MAKKOS and
DIMITRIOS KALOIDIS,

               Defendants.

Case No. 19-cv-04267

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff CARLOS MENDEZ and EVELYN MATA DE TEMPERINO, hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated September 28, 2020 and annexed hereto as **Exhibit A**.

Dated: October 12, 2020

                                          Respectfully submitted,

                                          By: _____

                                          C.K. Lee, Esq. (CL 4086)
                                          LEE LITIGATION GROUP, PLLC
                                          148 West 24th Street, 8th Floor
                                          New York, NY 10011
                                          Tel.: (212) 465-1188
                                          Fax: (212) 465-1181
                                          *Attorney for Plaintiffs*