# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CARLOS MENDEZ,
EVELYN MATA DE TEMPERINO,
*on behalf of themselves, FLSA Collective Plaintiffs,
and the Class,*

                       Plaintiffs,

               v.

CRYSTAL BALL GROUP INC.,
d/b/a TERRACE ON THE PARK,
GEORGE MAKKOS, THOMAS MAKKOS and
DIMITRIOS KALOIDIS,

                       Defendants.

Case No. 19-cv-04267

**OFFER OF JUDGMENT**

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant CRYSTAL BALL GROUP INC. d/b/a TERRACE ON THE PARK ("Defendant"), on behalf of all defendants, hereby offers to allow judgment to be taken against it in the sum of Seven Thousand Five Hundred dollars and Zero cents ($7,500.00), inclusive of all of Plaintiffs' claims for relief, damages, fees, costs, and expenses in this action against all defendants.

       This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as either an admission of liability on the part of defendants, or any of them, or that plaintiffs have suffered any damages.

       This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, and shall be deemed withdrawn unless plaintiffs serve written notice of their acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any

evidence of this Offer of Judgment shall be inadmissible except in any proceeding to recover costs or attorneys' fees in this action.

Dated: New York, New York
September 28, 2020

**FORDHARRISON, LLP**

/s/ Bran Noonan
Bran Noonan, Esq.
366 Madison Avenue, 7th Floor
New York, New York 10017
Tel: 212-453-5900
Email: bnoonan@fordharrison.com
*Attorneys for Defendants*